**VEDDER PRICE (CA), LLP**
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

**STILLMAN WELCH, LLC**
T. Brandon Welch (*Pro Hac Vice*
Forthcoming)
brandon@stillmanwelch.com
3453 Pierce Drive, Suite 150
Chamblee, Georgia 30341
T: +404 895 9040

Attorneys for Plaintiff
TERRA WORLDWIDE LOGISTICS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terra Worldwide Logistics, LLC, a Florida limited liability company, as assignee of American Global Logistics LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>Berlin Brands Group, Inc., a Delaware corporation, and SCL Container Lines Speditions GmbH, a German limited liability company,<br><br>           Defendants. | Case No. 2:20-cv-10357<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>1.  **BREACH OF CONTRACT (BERLIN)**<br>2.  **BREACH OF CONTRACT (SWISS CONTAINER)**<br>3.  **COMMON COUNT – OPEN BOOK ACCOUNT (BERLIN)**<br>4.  **COMMON COUNT – OPEN BOOK ACCOUNT (SWISS CONTAINER)**<br>5.  **QUANTUM MERUIT (BERLIN)**<br>6.  **QUANTUM MERUIT (SWISS CONTAINER)** |

Terra Worldwide Logistics, LLC ("*Terra*" or "*Plaintiff*"), as assignee of American Global Logistics, LLC ("*American Global*"), files this complaint against defendants Berlin Brands Group, Inc. ("*Berlin*") and SCL Container Line Speditions GMBH ("*Swiss Container*") (collectively, "*Defendants*") as follows:

<u>INTRODUCTION</u>

1.      Terra, as assignee of American Global, sues to recover $342,769.42 in unpaid invoices from Berlin and Swiss Container. The invoices arise from American Global's provision of logistics services to Defendants. American Global's services included customs brokerage and clearance to facilitate the entry of cargo into the United States, arranging warehousing and trucking to the cargo's final destination, tracking inventory and inventory handling at the warehouse, and a wide variety of related services, including paying expenses incurred by third-party service providers.

<u>THE PARTIES</u>

2.      Terra is a Florida limited liability company with its principal place of business located at 309 East Paces Ferry Road Northeast, Suite 800, Atlanta, Georgia 30305.

3.      No member of Terra resides in, is domiciled in, or is a citizen of California or a foreign state.

4.      American Global was a Georgia limited liability company with its principal place of business in Atlanta, Georgia.

5.      Terra purchased American Global's interests in the receivables at issue pursuant to a UCC Article 9 sale on or around March 23, 2020.

6.      On information and belief, defendant Berlin is a Delaware corporation that is registered to do business in California. Berlin's registered address is 101 Montgomery Street, Suite 1900, San Francisco, California 94104. Berlin's United States headquarters are located at 101 Montgomery Street, Suite 2050, San

Francisco, California 94104. Berlin may be served with process through United Corporate Services, Inc. at 608 University Avenue, Sacramento, California 95825.

7.     On information and belief, defendant Swiss Container is a German company with its principal place of business located at Süderstraße 73A, 20097 Hamburg, Germany.

## JURISDICTION AND VENUE

8.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. First, the amount in controversy exceeds $75,000 for each Defendant, as described below. Second, diversity of citizenship is satisfied because (1) Terra is a Florida company with its principal place of business in Georgia; (2) Berlin is a Delaware corporation with its principal place of business in California; and (3) Swiss Container is a German company with no offices in the United States.

9.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1333(1) because the claims at issue, in whole or in part, relate to and arise from maritime contracts.

10.     Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because the material events giving rise to Terra's claims occurred in this district. Specifically, the unpaid invoices relate to shipments that were all delivered to and/or warehoused in Ontario, California. Most of the services reflected on the unpaid invoices were performed in the Central District by American Global employees, agents, or third-party service providers located in the Central District.

## FACTS RELEVANT TO ALL CLAIMS FOR RELIEF

11.     American Global was a freight-forwarder and non-vessel-owner-common-carrier ("**NVOCC**") which provided transportation services for hire of cargo traveling from foreign locations to locations in the United States.

12.     On information and belief, Berlin is a consumer products and e-commerce company that imports and sells products in the United States, with warehouses in Los Angeles, California.

13.     Swiss Container is also an NVOCC, which Berlin hired to arrange for the transportation of Berlin's cargo (the "***Berlin Cargo***") from foreign locations to locations in the United States.

14.     American Global, acting as freight-forwarder, customs broker, and NVOCC, provided transportation services to Defendants and arranged transportation of the Berlin Cargo into and within the United States.

15.     American Global arranged for transportation of the Berlin Cargo from various locations to Ontario, California. In so doing, American Global tracked Defendants' containers in transit; ensured customs clearance and release of freight upon arrival to port in the United States; instructed and paid truckers to move the freight the final mile from port to the destination warehouse; ensured documentation was provided to warehousemen for correct inventory of offloaded items; coordinated truck offloading to avoid detention charges; ensured return of containers to port to avoid per diem charges; followed up with the warehousemen about inventory counts in their system; worked with Defendants on order entry and fulfillment; arranged trucking to and from retailer distribution centers; and generally ensured that such transportation matters were handled timely (collectively, the "***Services***"). In connection with the Services, American Global advanced substantial out-of-pocket expenses, including fees, customs duties, and service charges, charged by the United States Customs and Border Patrol, the warehouses, steamship lines, truckers, and other service providers (collectively, the "***Expenses***").

16.     Berlin was the importer of record for the Berlin Cargo, which American Global brokered through customs.

17.     All transactions ordered by Swiss Container and Berlin in connection with the Services and Expenses were for the benefit of Berlin for transporting the Berlin Cargo.

18.     Defendants have failed to pay certain invoices for the Services and Expenses.

19.     Prior to the transactions and unpaid invoices at issue in this case, Swiss Container and Berlin paid American Global's invoices for other, similar transactions in the regular course of dealing.

20.     Upon information and belief, Swiss Container invoiced Berlin for Services and Expenses provided by American Global. Upon information and belief, Berlin typically paid Swiss Container's invoices in its regular course of dealing. Upon information and belief, Berlin and Swiss Container entered into one or more contracts with one another in connection with American Global's Services and Expenses for transportation of the Berlin Cargo.

A.     <u>The Berlin Invoices.</u>

21.     In connection with the Services and Expenses, American Global billed Berlin, as the importer of record, directly for certain customs charges advanced by American Global to pay United States Customs and Border Patrol for the clearance of the Berlin Cargo.

22.     Berlin ordered the Services directly from American Global in return for the promise of payment. American Global regularly provided Berlin with documentation of the Services provided by American Global and Expenses incurred in connection with the Services, to which Berlin did not object. American Global regularly entered the amount of money it was owed by Berlin into its accounting system at the time, or within reasonable proximity to the time, of the respective transactions. American Global then created invoices for Berlin and billed Berlin for the Services and Expenses at the time, or within reasonable proximity to the time, of the respective transactions.

23.     Between November 20, 2019 and April 22, 2020, American Global issued Berlin twenty-seven (27) invoices, all of which remain entirely unpaid (the

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#40810777.3

COMPLAINT FOR DAMAGES

"***Berlin Invoices***"). Attached as Exhibit A are true and correct copies of the Berlin Invoices.

24.     The outstanding account balance on the Berlin Invoices is $72,297.69, excluding interest and attorneys' fees.

25.     All charges on the Berlin Invoices were reasonably incurred and are due and owing.

26.     American Global and Terra have repeatedly demanded payment on the Berlin Invoices, which Berlin has refused.

B.     <u>The Swiss Container Invoices.</u>

27.     In connection with the Services and Expenses, American Global billed Swiss Container for certain charges and fees.

28.     Swiss Container ordered the Services directly from American Global in return for the promise of payment. American Global regularly provided Swiss Container with documentation of the Services provided by American Global and Expenses incurred in connection with the Services, to which Swiss Container did not object. American Global regularly entered the amount of money it was owed by Swiss Container into its accounting system at the time, or within reasonable proximity to the time, of the respective transactions. American Global then created invoices for Swiss Container and billed Swiss Container for the Services and Expenses at the time, or within reasonable proximity to the time, of the respective transactions.

29.     Between October 21, 2019 and April 22, 2020, American Global issued Swiss Container thirty-nine (39) invoices which remain unpaid (the "***Swiss Container Invoices***"). Attached as Exhibit B are true and correct copies of the Swiss Container Invoices.

30.     The outstanding account balance on the Swiss Container Invoices is $270,471.73, excluding interest and attorneys' fees.

31.     All charges on the Swiss Container Invoices were reasonably incurred and are due and owing.

32.     American Global and Terra have repeatedly demanded payment on the Swiss Container Invoices, which Defendants have refused.

33.     American Global provided the Services and incurred the Expenses reflected on the Swiss Container Invoices for the benefit of both Swiss Container and Berlin.

34.     American Global incurred hundreds of thousands of dollars in Expenses, including customs, trucking, and warehouse charges, for the transportation and storage of the Berlin Cargo, for which American Global has paid third parties out of American Global's own pocket. These Expenses are reflected on both the Swiss Container Invoices and the Berlin Invoices.

35.     Berlin benefitted from American Global's Services and from the Expenses paid by American Global, whether those Services and Expenses were invoiced to Berlin or invoiced to Swiss Container, because the Berlin Cargo was transported to and from warehouses in Ontario, California, and/or was stored in Ontario, California, all under American Global's direction.

<u>FIRST CLAIM FOR RELIEF</u>

(Breach of Contract)

(Against Berlin)

36.     Terra incorporates each and every allegation in paragraphs 1 through 35, above, as if set forth in full and realleged herein

37.     From on or around October 2019 to on or around April 2020, in accordance with written and oral contracts between the parties, American Global provided the Services and Expenses to Berlin. It was the custom and practice of the parties for American Global to submit invoices to Berlin for the Services and Expenses rendered, and for Berlin to pay.

38.     In breach of the above-mentioned contracts, Berlin failed to pay for the Services and Expenses provided by American Global. American Global has fully performed its obligations under the above-mentioned contracts, or was excused from so doing by the conduct or agreement of Berlin.

39.     In violation of the above-mentioned contracts, Berlin has refused to pay the sums owed to Terra, as American Global's assignee, despite demand by Terra to Berlin for such sums. As a direct and proximate result of such failure and refusal by Berlin to pay, Terra has incurred damages of not less than $72,297.69, no part of which has been paid by Berlin, despite demand by Terra and American Global.

## SECOND CLAIM FOR RELIEF

### (Breach of Contract)

### (Against Swiss Container)

40.     Terra incorporates each and every allegation in paragraphs 1 through 35, above, as if set forth in full and realleged herein

41.     From on or around October 2019 to on or around April 2020, in accordance with written and oral contracts between the parties, American Global provided the Services and Expenses for Swiss Container. It was the custom and practice of the parties for American Global to submit invoices to Swiss Container for the Services and Expenses rendered, and for Swiss Container to pay.

42.     In breach of the above-mentioned contracts, Swiss Container failed to pay for the Services and Expenses provided by American Global. American Global has fully performed its obligations under the above-mentioned contracts, or was excused from so doing by the conduct or agreement of Swiss Container.

43.     In violation of the above-mentioned contracts, Swiss Container has refused to pay the sums owed to Terra, as American Global's assignee, despite demand by Terra to Swiss Container for such sums. As a direct and proximate result of such failure and refusal by Swiss Container to pay, Terra has incurred

damages of not less than $270,471.73, no part of which has been paid by Swiss Container, despite demand by Terra and American Global.

## THIRD CLAIM FOR RELIEF

### (Alternative Common Count – Open Book Account)

### (Against Berlin)

44.    Terra incorporates each and every allegation in paragraphs 1 through 35, above, as if set forth in full and realleged herein.

45.    Terra alleges that Berlin became indebted to Terra and American Global within the last two (2) years for work, labor, services and materials rendered at the special instance and request of Berlin, for which Berlin promised to pay American Global, and for which Berlin had a course of dealing of paying American Global.

46.    American Global, in the regular course of business, kept a written and/or electronic account of the debits and credits involved in the transactions.

47.    American Global regularly submitted the Berlin Invoices to Berlin.

48.    Berlin has not protested or objected to the accuracy of the Berlin Invoices or the amount of debt thereby incurred by Berlin.

49.    The Berlin Invoices are past due and are due and owing.

50.    Berlin has refused to pay the Berlin Invoices.

51.    By reason of the foregoing, Berlin is indebted to Terra, as American Global's assignee, based upon the rendering of their open book account, in the stated sum of $72,297.69, plus interest and attorneys' fees.

## FOURTH CLAIM FOR RELIEF

### (Alternative Common Count – Open Book Account)

### (Against Swiss Container)

52.    Terra incorporates each and every allegation in paragraphs 1 through 35, above, as if set forth in full and realleged herein.

53.     Terra alleges that Swiss Container became indebted to Terra and American Global within the last two (2) years for work, labor, services and materials rendered at the special instance and request of Swiss Container, for which Swiss Container promised to pay American Global, and for which Swiss Container had a course of dealing of paying American Global.

54.     American Global, in the regular course of business, kept a written and/or electronic account of the debits and credits involved in the transactions.

55.     American Global regularly submitted the Swiss Container Invoices to Swiss Container.

56.     Swiss Container has not protested or objected to the accuracy of the Swiss Container Invoices or the amount of debt thereby incurred by Swiss Container.

57.     The Swiss Container Invoices are past due and are due and owing.

58.     Swiss Container has refused to pay the Swiss Container Invoices.

59.     By reason of the foregoing, Swiss Container is indebted to Terra, as American Global's assignee, based upon the rendering of their open book account, in the stated sum of $270,471.73, plus interest and attorneys' fees.

<u>FIFTH CLAIM FOR RELIEF</u>

(Quantum Meruit – Alternative Common Count for Work, Labor, Services, and Materials at Agreed Price)

(Against Berlin)

60.     Terra incorporates each and every allegation in paragraphs 1 through 35, above, as if set forth in full and realleged herein.

61.     Within the previous two (2) years, Berlin became indebted to American Global in the agreed amount of $342,769.42 for work, labor, materials and services rendered by American Global to Berlin at the special request of Berlin. Berlin accepted and enjoyed the benefits of American Global's work, labor,

materials and services knowing that American Global expected Berlin to pay for American Global's work, labor, materials and services.

62.     No part of this amount has been paid, though demand for payment in full has been made, and there is now due, owing and unpaid from Berlin to Terra the amount of $342,769.42, with interest on that amount as allowed by law.

63.     As a direct and proximate result of such failure and refusal by Berlin to pay, Terra, American Global's assignee, has incurred damages of not less than $342,769.42, no part of which has been paid by Berlin, despite demand by Terra and American Global.

<u>SIXTH CLAIM FOR RELIEF</u>

(Quantum Meruit – Alternative Common Count for Work, Labor, Services, and Materials at Agreed Price)

(Against Swiss Container)

64.     Terra incorporates each and every allegation in paragraphs 1 through 35, above, as if set forth in full and realleged herein.

65.     Within the previous two (2) years, Swiss Container became indebted to American Global in the agreed amount of $270,471.73 for work, labor, materials and services rendered by American Global to Swiss Container at the special request of Swiss Container. Swiss Container accepted and enjoyed the benefits of American Global's work, labor, materials and services knowing that American Global expected Swiss Container to pay for American Global's work, labor, materials and services.

66.     No part of this amount has been paid, though demand for payment in full has been made, and there is now due, owing and unpaid from Swiss Container to Terra the amount of $270,471.73, with interest on that amount as allowed by law.

67.     As a direct and proximate result of such failure and refusal by Swiss Container to pay, Terra, American Global's assignee, has incurred damages of not

less than $270,471.73, no part of which has been paid by Swiss Container, despite demand by Terra and American Global.

## PRAYER FOR RELIEF

WHEREFORE, Terra prays for judgment against Defendants as follows:

a.      For an award of compensatory damages in the amount of $342,769.42;

b.      Alternatively, for an award of damages for unjust enrichment, disgorging the value of the benefits conferred without the payment of value, in the amount of $342,769.42;

c.      For an award of pre-judgment interest as allowed by law;

d.      For an award of attorneys' fees and costs as allowed by law;

e.      For post-judgment interest at the maximum legal rate; and

f.      For such other and further relief as the Court may deem proper.


Dated:       November 12, 2020          VEDDER PRICE (CA), LLP


                                        By: /s/ Deborah A. Hedley
                                            Deborah A. Hedley

                                        Attorneys for Plaintiff
                                        Terra Worldwide Logistics, LLC

# EXHIBIT A



**AMERICAN GLOBAL LOGISTICS, LLC.**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200200887**

| | |
|---|---|
| **Invoice No.** | : 20200200887-2 |
| **House Date** | : 03/23/2020 |
| **Shipper Name** | : MIDEA ELECTRIC TRADING SINGAPORE CO PTE LTD |
| **Final Delivery** | : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200200887 | | | CUSTOM_DUTY_FEE(1) | Added by CargoPoints | 6,082.04 |
| | 20200200887 | | | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 161.76 |
| | 20200200887 | | | MPF(1) | Added by CargoPoints | 448.26 |
| | | | | | **TOTAL:** | $6,692.06 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308

Exhibit A - Page 1



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americanglobellogistics.com

# INVOICE

| | |
|---|---|
| **To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**<br>101 Montgomery St<br>San Francisco, CA 94104 | **Invoice No.** : 20200101121-3 |
| | **House Date** : 01/31/2020 |
| | **Shipper Name** : GUANGDONG NEW SHICHU IMPORT AND EXPORT COMPANY LIMITED |
| **RefID :** **20200101121** | **Final Delivery** : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101121 | | | CUSTOM_DUTY_FEE(1) | Added by CargoPoints | 799.96 |
| | 20200101121 | | | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 50.00 |
| | 20200101121 | | | MPF(1) | Added by CargoPoints | 138.55 |
| | | | | | **TOTAL:** | **$988.51** |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200101457**

**Invoice No.** : 20200101457-3

**House Date** : 02/19/2020

**Shipper Name** : ETERNAL GUANGDONG TECH ELECTRIC CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20200101457 | | | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 83.16 |
| | 20200101457 | | | MPF(1) | Added by CargoPoints | 230.46 |
| | 20200101457 | | | Section 301 Duty(1) | Added by CargoPoints | 9,979.50 |
| | | | | | **TOTAL:** | $10,293.12 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308

Exhibit A - Page 3



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200101457**

**Invoice No.**   : 20200101457-5

**House Date**   : 02/27/2020

**Shipper Name** : ETERNAL GUANGDONG TECH ELECTRIC CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20200101457 |  |  | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 205.86 |
|  |  |  |  |  | **TOTAL:** | $205.86 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200101457**

**Invoice No.** : 20200101457-6

**House Date** : 03/05/2020

**Shipper Name** : ETERNAL GUANGDONG TECH ELECTRIC CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20200101457 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 205.86 |
| | | | | | **TOTAL:** | $205.86 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200301203**

**Invoice No.** : 20200301203-2

**House Date** : 04/07/2020

**Shipper Name** : YOAU ELECTRIC CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20200301203 |  |  | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 97.46 |
|  | 20200301203 |  |  | MPF(1) | Added by CargoPoints | 270.07 |
|  | 20200301203 |  |  | Section 301 Duty(1) | Added by CargoPoints | 19,491.25 |
|  |  |  |  |  | **TOTAL:** | $19,858.78 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308

Exhibit A - Page 6



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200301203**

**Invoice No.** : 20200301203-3

**House Date** : 04/16/2020

**Shipper Name** : YOAU ELECTRIC CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20200301203 |  |  | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 397.18 |
|  |  |  |  |  | **TOTAL:** | $397.18 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200301203**

**Invoice No.** : 20200301203-4

**House Date** : 04/22/2020

**Shipper Name** : YOAU ELECTRIC CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20200301203 |  |  | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 397.18 |
|  |  |  |  |  | **TOTAL:** | **$397.18** |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**Invoice No.** : 20200100047-2

**House Date** : 01/28/2020

**RefID :** **20200100047**

**Shipper Name** : GUANGDONG MONGA CERAMICS INDUSTRY

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20200100047 | | | CUSTOM ENTRY(1) | Added by CargoPoints | 105.00 |
| | 20200100047 | | | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 103.61 |
| | 20200100047 | | | MPF(1) | Added by CargoPoints | 287.11 |
| | 20200100047 | | | Section 301 Duty(1) | Added by CargoPoints | 12,432.60 |
| | | | | | **TOTAL:** | $12,928.32 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americanglobballogistics.com

## INVOICE

| | |
|---|---|
| **To :** **Berlin Brands Group, Inc. San Francisco, CA 94104** | |
| 101 Montgomery St | |
| San Francisco, CA 94104 | |

**RefID :** **20200100047**

| | |
|---|---|
| **Invoice No.** : | 20200100047-3 |
| **House Date** : | 02/05/2020 |
| **Shipper Name** : | GUANGDONG MONGA CERAMICS INDUSTRY |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200100047 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 258.57 |
| | | | | | **TOTAL:** | **$258.57** |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200100047**

**Invoice No.** : 20200100047-5

**House Date** : 02/12/2020

**Shipper Name** : GUANGDONG MONGA CERAMICS INDUSTRY

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|      | 20200100047 |         |                  | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 258.57 |
|      |           |           |                  |          | **TOTAL:** | **$258.57** |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200101458**

**Invoice No.**  : 20200101458-3

**House Date**  : 02/06/2020

**Shipper Name**  JENMART INDUSTRIAL HK CO LTD

**Final Delivery**  ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20200101458 |  |  | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 58.38 |
|  | 20200101458 |  |  | MPF(1) | Added by CargoPoints | 161.78 |
|  |  |  |  |  | **TOTAL:** | $220.16 |

Please Remit To:  AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



---

### INVOICE

| To : | **Berlin Brands Group, Inc. San Francisco, CA 94104**<br>101 Montgomery St<br>San Francisco, CA 94104 | **Invoice No.** | : | 20191001922-4 |
|---|---|---|---|---|
| | | **House Date** | : | 11/21/2019 |
| | | **Shipper Name** | : | NANTONG ENJOY SPORTS AND HOMEFITNESS CO LTD |
| **RefID :** | 20191001922 | **Final Delivery** | : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191001922 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 41.39 |
| | | | | | **TOTAL:** | $41.39 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

| | |
|---|---|
| **To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**<br>101 Montgomery St<br>San Francisco, CA 94104 | **Invoice No.** : 20191001922-5<br><br>**House Date** : 12/02/2019<br><br>**Shipper Name** : NANTONG ENJOY SPORTS AND HOMEFITNESS CO LTD |

**RefID :** **20191001922**

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191001922 | | | Outlay Fee (automated)(1) | | 41.39 |
| | | | | | **TOTAL:** | $41.39 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200101120**

**Invoice No.** : 20200101120-3

**House Date** : 01/31/2020

**Shipper Name** : BUILD RAY ENTERPRISE CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20200101120 | | | CUSTOM_DUTY_FEE(1) | Added by CargoPoints | 1,535.76 |
| | 20200101120 | | | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 41.73 |
| | 20200101120 | | | MPF(1) | Added by CargoPoints | 115.65 |
| | | | | | **TOTAL:** | $1,693.14 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americanglobiallogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20191100023**

| | |
|---|---|
| **Invoice No.** | : 20191100023-3 |
| **House Date** | : 11/21/2019 |
| **Shipper Name** | : FOSHAN SHUNDE MANKUI |
| **Final Delivery** | : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191100023 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 99.74 |
| | | | | | **TOTAL:** | $99.74 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americanglobrallogistics.com

# INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20191100023**

**Invoice No.**  : 20191100023-4

**House Date**  : 12/02/2019

**Shipper Name** : FOSHAN SHUNDE MANKUI

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20191100023 |  |  | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 99.74 |
|  |  |  |  |  | **TOTAL:** | **$99.74** |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

| | |
|---|---|
| **To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**<br>101 Montgomery St<br>San Francisco, CA 94104 | **Invoice No.** : 20191100022-3 |
| | **House Date** : 11/20/2019 |
| | **Shipper Name** : FOSHAN SHUNDE RONGSHENG PLASTIC PRODUCTS CO., |
| **RefID :** **20191100022** | **Final Delivery** : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191100022 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 71.58 |
| | | | | | **TOTAL:** | $71.58 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

| | |
|---|---|
| **To :** **Berlin Brands Group, Inc. San Francisco, CA 94104** 101 Montgomery St San Francisco, CA 94104 | **Invoice No.** : 20191100022-4 |
| | **House Date** : 11/27/2019 |
| | **Shipper Name** : FOSHAN SHUNDE RONGSHENG PLASTIC PRODUCTS CO., |
| **RefID :** **20191100022** | **Final Delivery** : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191100022 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 71.58 |
| | | | | | **TOTAL:** | $71.58 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

| | |
|---|---|
| **Invoice No.** : | 20191100022-9 |
| **House Date** : | 12/17/2019 |
| **Shipper Name** : | FOSHAN SHUNDE RONGSHENG PLASTIC PRODUCTS CO., |
| **Final Delivery** : | ONTARIO, CA |

**RefID :** **20191100022**

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| 256178 | MSCU6236010 | 11/08/2019 | 11/11/2019 | LOCAL_CARTAGE_DELIVERY(1) | | 510.00 |
| | | | | | **TOTAL:** | $510.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

| | |
|---|---|
| **Invoice No.** | : 20200101122-3 |
| **House Date** | : 02/12/2020 |
| **Shipper Name** | : JINYUN COUNTY ROUTEKING LEISURE PRODUCTS CO LTD |
| **Final Delivery** | : ONTARIO, CA |

**RefID :** **20200101122**

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101122 | | | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 31.65 |
| | 20200101122 | | | MPF(1) | Added by CargoPoints | 87.72 |
| | 20200101122 | | | Section 301 Duty(1) | Added by CargoPoints | 6,330.75 |
| | | | | | **TOTAL:** | $6,450.12 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

**To :**  **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

| | |
|---|---|
| **Invoice No.** : | 20200101122-4 |
| **House Date** : | 02/20/2020 |
| **Shipper Name** : | JINYUN COUNTY ROUTEKING LEISURE PRODUCTS CO LTD |
| **Final Delivery** : | ONTARIO, CA |

**RefID :**  **20200101122**

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20200101122 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 129.00 |
| | | | | | **TOTAL:** | $129.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20200101122**

| | |
|---|---|
| **Invoice No.** : | 20200101122-6 |
| **House Date** : | 02/27/2020 |
| **Shipper Name** : | JINYUN COUNTY ROUTEKING LEISURE PRODUCTS CO LTD |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101122 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 129.00 |
| | | | | | **TOTAL:** | $129.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** <u>20200101123</u>

| | |
|---|---|
| **Invoice No.** : | 20200101123-3 |
| **House Date** : | 01/31/2020 |
| **Shipper Name** : | MIDEA ELECTRIC TRADING SINGAPORE CO PTE LTD |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101123 | | | CUSTOM_DUTY_FEE(1) | Added by CargoPoints | 3,933.29 |
| | 20200101123 | | | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 104.61 |
| | 20200101123 | | | MPF(1) | Added by CargoPoints | 289.89 |
| | | | | | **TOTAL:** | $4,327.79 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

To : **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

RefID : **20191201261**

| | |
|---|---|
| **Invoice No.** : | 20191201261-2 |
| **House Date** : | 01/13/2020 |
| **Shipper Name** : | ZHEJIANG TOPBON LEISURE PRODUCTS CO.,LTD |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191201261 | | | HARBOR MAINTENANCE FEE(1) | Added by CargoPoints | 27.98 |
| | 20191201261 | | | MPF(1) | Added by CargoPoints | 77.53 |
| | 20191201261 | | | Section 301 Duty(1) | Added by CargoPoints | 5,595.50 |
| | | | | | **TOTAL:** | $5,701.01 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20191201261**

**Invoice No.** : 20191201261-5

**House Date** : 01/21/2020

**Shipper Name** : ZHEJIANG TOPBON LEISURE PRODUCTS CO.,LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20191201261 |  |  | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 114.02 |
|  |  |  |  |  | **TOTAL:** | $114.02 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **Berlin Brands Group, Inc. San Francisco, CA 94104**
101 Montgomery St
San Francisco, CA 94104

**RefID :** **20191201261**

**Invoice No.** : 20191201261-6

**House Date** : 01/28/2020

**Shipper Name** : ZHEJIANG TOPBON LEISURE PRODUCTS CO.,LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20191201261 | | | Outlay Fee (automated)(1) | Added CustomsInvoiceUpdates | 114.02 |
| | | | | | **TOTAL:** | $114.02 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308

# EXHIBIT B

**AMERICAN GLOBAL LOGISTICS, LLC.**
305 E. Paces Ferry Rd NE Suite 300
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail = ops@americangloballogistics.com

## INVOICE

| | |
|---|---|
| **To :** **SCL CONTAINER LINE SPEDITIONS GMBH** | **Invoice No.** : 20191100022-5 |
| Suederstraße 73a | |
| Hamburg, D-20097 | **House Date** : 12/04/2019 |
| | **Shipper Name** : FOSHAN SHUNDE RONGSHENG PLASTIC PRODUCTS CO., |
| **RefID :** **20191100022** | **Final Delivery** : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC        COMMENT | AMOUNT |
|------|-----------|-----------|------------------|-------------------------|--------|
| | 20191100022 | | | Pallet Shrinkwrapping(1) | 1,468.50 |
| | 20191100022 | | | Return Processing(1) | 624.75 |
| | 20191100022 | | | Warehouse Storage(1) | 20,695.50 |
| | 20191100022 | | | Warehousing - carton labeling(1) | 1,733.50 |
| | 20191100022 | | | Warehousing - Pallet labeling(1) | 178.00 |
| | 20191100022 | | | Warehousing - product photos(1) | 84.00 |
| | | | | **TOTAL:** | $24,784.25 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20191100022**

| | |
|---|---|
| **Invoice No.** | : 20191100022-6 |
| **House Date** | : 12/04/2019 |
| **Shipper Name** | : FOSHAN SHUNDE RONGSHENG PLASTIC PRODUCTS CO., |
| **Final Delivery** | : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191100022 | | | Order Cancellation(1) | | 32.00 |
| | 20191100022 | | | Warehouse Handling(1) | | 534.00 |
| | | | | | **TOTAL:** | **$566.00** |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
**309 E. Paces Ferry Rd NE Suite 800**
**Atlanta, GA  30305**
**TEL: 404.480.4593   FAX: FAX: 404.480.4889**
**E-Mail : ops@americangloballogistics.com**

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

| | |
|---|---|
| **Invoice No.** : | 20191100022-11 |
| **House Date** : | 12/17/2019 |
| **Shipper Name** : | FOSHAN SHUNDE RONGSHENG PLASTIC PRODUCTS CO., |
| **Final Delivery** : | ONTARIO, CA |

**RefID :** **20191100022**

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191100022 | | | CUSTOM ENTRY(1) | | 105.00 |
| | 20191100022 | | | DEVANNING(1) | | 78.00 |
| | 20191100022 | | | ISF FILING(1) | | 15.00 |
| | 20191100022 | | | OCEAN_FREIGHT(1) | | 15.00 |
| | 20191100022 | | | Profit Share(1) | | 50.00 |
| 256178 | MSCU6236010 | 11/08/2019 | 11/11/2019 | LOCAL_CARTAGE_DELIVERY(1) | | 675.00 |
| 256178 | MSCU6236010 | 11/08/2019 | 11/11/2019 | PIER PASS(1) | | 72.09 |
| | | | | | **TOTAL:** | $1,010.09 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200100047**

**Invoice No.** : 20200100047-1
**House Date** : 02/06/2020
**Shipper Name** : GUANGDONG MONGA CERAMICS INDUSTRY
**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | CHASSIS RENTAL(1) | Add by ASN | 180.00 |
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | CUSTOM ENTRY(1) | Add by ASN | 105.00 |
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | DROP AND PICK(1) | Add by ASN | 300.00 |
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | ISF FILING(1) | Add by ASN | 15.00 |
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 675.00 |
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | OCEAN_FREIGHT(1) | Add by ASN | 15.00 |
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | PIER PASS(1) | Add by ASN | 72.09 |
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | Pre-pull(1) | Add by ASN | 125.00 |
| 262305 | MEDU8153673 | 01/22/2020 | 01/27/2020 | Profit Share(1) | Add by ASN | 50.00 |
| | | | | | **TOTAL:** | $1,537.09 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200100047**

| | |
|---|---|
| **Invoice No.** : | 20200100047-8 |
| **House Date** : | 03/16/2020 |
| **Shipper Name** : | GUANGDONG MONGA CERAMICS INDUSTRY |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200100047 | | | DEVANNING(1) | | 425.00 |
| | 20200100047 | | | Order Cancellation(1) | | 32.00 |
| | 20200100047 | | | Pallet Shrinkwrapping(1) | | 1,221.00 |
| | 20200100047 | | | Return Processing(1) | | 155.25 |
| | 20200100047 | | | Warehouse - Barcoding(1) | | 295.00 |
| | 20200100047 | | | Warehouse Handling(1) | | 444.00 |
| | 20200100047 | | | Warehouse Storage(1) | | 22,288.50 |
| | 20200100047 | | | Warehousing - carton labeling(1) | | 1,778.50 |
| | 20200100047 | | | Warehousing - Pallet labeling(1) | | 148.00 |
| | 20200100047 | | | Warehousing - product photos(1) | | 48.00 |
| | | | | | **TOTAL:** | $26,835.25 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200101121**

| | | |
|---|---|---|
| **Invoice No.** | : | 20200101121-1 |
| **House Date** | : | 02/10/2020 |
| **Shipper Name** | : | GUANGDONG NEW SHICHU IMPORT AND EXPORT COMPANY LIMITED |
| **Final Delivery** | : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101121 | | | CUSTOM ENTRY(1) | | 105.00 |
| | 20200101121 | | | OCEAN_FREIGHT(1) | | 15.00 |
| 265462 | MEDU5786641 | 02/03/2020 | 02/04/2020 | DETENTION(1) | | 125.00 |
| 265462 | MEDU5786641 | 02/03/2020 | 02/04/2020 | ISF FILING(1) | | 15.00 |
| 265462 | MEDU5786641 | 02/03/2020 | 02/04/2020 | LOCAL_CARTAGE_DELIVERY(1) | | 675.00 |
| 265462 | MEDU5786641 | 02/03/2020 | 02/04/2020 | PIER PASS(1) | | 64.24 |
| 265462 | MEDU5786641 | 02/03/2020 | 02/04/2020 | Profit Share(1) | | 50.00 |
| | | | | | **TOTAL:** | $1,049.24 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

To :  **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

| | |
|---|---|
| **Invoice No.** | : 20200101121-4 |
| **House Date** | : 03/06/2020 |
| **Shipper Name** | : GUANGDONG NEW SHICHU IMPORT AND EXPORT COMPANY LIMITED |

RefID :  **20200101121**

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| 265462 | MEDU5786641 | 02/03/2020 | 02/04/2020 | CHASSIS RENTAL(1) | | 60.00 |
| 265462 | MEDU5786641 | 02/03/2020 | 02/04/2020 | DEVANNING(1) | | 325.00 |
| 265462 | MEDU5786641 | 02/03/2020 | 02/04/2020 | Pre-pull(1) | | 125.00 |
| | | | | | **TOTAL:** | $510.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS
GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200101458**

**Invoice No.** : 20200101458-1

**House Date** : 02/12/2020

**Shipper Name** : JENMART INDUSTRIAL HK CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20200101458 | | | CUSTOM ENTRY(1) | Add by ASN | 105.00 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | CHASSIS RENTAL(1) | Add by ASN | 60.00 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | DETENTION(1) | Add by ASN | 225.00 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | ISF FILING(1) | Add by ASN | 15.00 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 675.00 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | OCEAN_FREIGHT(1) | Add by ASN | 15.00 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | PIER PASS(1) | Add by ASN | 64.24 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | Port Detention(1) | Add by ASN | 133.33 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | Pre-pull(1) | Add by ASN | 125.00 |
| 265641 | MEDU2491143 | 02/03/2020 | 02/04/2020 | Profit Share(1) | Add by ASN | 50.00 |
| | | | | | **TOTAL:** | $1,467.57 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200101458**

| | |
|---|---|
| **Invoice No.** | : 20200101458-4 |
| **House Date** | : 03/06/2020 |
| **Shipper Name** | JENMART INDUSTRIAL HK CO LTD |
| **Final Delivery** | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101458 | | | DEVANNING(1) | | 325.00 |
| | | | | | **TOTAL:** | $325.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20190401645

| | |
|---|---|
| **Invoice No.** : | 20190401645-3 |
| **House Date** : | 10/21/2019 |
| **Shipper Name** : | ETERNAL GUANGDONG TECH ELECTRIC CO LTD |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20190401645 | | | Order Cancellation(1) | | 256.00 |
| | 20190401645 | | | Pallet Shrinkwrapping(1) | | 1,996.50 |
| | 20190401645 | | | Return Processing(1) | | 289.50 |
| | 20190401645 | | | Warehouse Handling(1) | | 726.00 |
| | 20190401645 | | | Warehouse Storage(1) | | 23,665.50 |
| | 20190401645 | | | Warehousing - carton labeling(1) | | 1,699.50 |
| | 20190401645 | | | Warehousing - Pallet labeling(1) | | 242.00 |
| | 20190401645 | | | Warehousing - product photos(1) | | 126.00 |
| | | | | | **TOTAL:** | $29,001.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20191000299**

**Invoice No.** : 20191000299-2

**House Date** : 10/25/2019

**Shipper Name** : GUANGDONG MONGA CERAMICS INDUSTRY

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191000299 | | | CUSTOM ENTRY(1) | | 105.00 |
| | 20191000299 | | | OCEAN_FREIGHT(1) | | 15.00 |
| 255030 | MSCU6062460 | 10/22/2019 | 10/25/2019 | PIER PASS(1) | | 64.24 |
| 255030 | MSCU6062460 | 10/22/2019 | 10/25/2019 | Pre-pull(1) | | 125.00 |
| 255030 | TGHU4745051 | 10/23/2019 | 10/28/2019 | PIER PASS(1) | | 64.24 |
| | | | | | **TOTAL:** | $373.48 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20191000299**

**Invoice No.** : 20191000299-3

**House Date** : 11/07/2019

**Shipper Name** : GUANGDONG MONGA CERAMICS INDUSTRY

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| 255030 | MSCU6062460 | 10/22/2019 | 10/25/2019 | CHASSIS RENTAL(1) | | 140.00 |
| 255030 | MSCU6062460 | 10/22/2019 | 10/25/2019 | LOCAL_CARTAGE_DELIVERY(1) | | 650.00 |
| 255030 | MSCU6062460 | 10/22/2019 | 10/25/2019 | Pre-pull(1) | | 125.00 |
| 255030 | TGHU4745051 | 10/23/2019 | 10/28/2019 | CHASSIS RENTAL(1) | | 210.00 |
| 255030 | TGHU4745051 | 10/23/2019 | 10/28/2019 | LOCAL_CARTAGE_DELIVERY(1) | | 650.00 |
| 255030 | TGHU4745051 | 10/23/2019 | 10/28/2019 | Pre-pull(1) | | 125.00 |
| | | | | | **TOTAL:** | $1,900.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :**  SCL CONTAINER LINE SPEDITIONS
GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20191000299

**Invoice No.** : 20191000299-6

**House Date** : 11/12/2019

**Shipper Name** : GUANGDONG MONGA CERAMICS INDUSTRY

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC          COMMENT | AMOUNT |
|------|-----------|-----------|------------------|---------------------------|--------|
|      | 20191000299 |         |                  | Pallet Shrinkwrapping(1)  | 2,326.50 |
|      | 20191000299 |         |                  | Profit Share(1)           | 100.00 |
|      | 20191000299 |         |                  | Warehouse - Barcoding(1)  | 700.00 |
|      | 20191000299 |         |                  | Warehouse Handling(1)     | 846.00 |
|      | 20191000299 |         |                  | Warehouse Storage(1)      | 21,924.00 |
|      | 20191000299 |         |                  | Warehousing - carton labeling(1) | 3,020.50 |
|      | 20191000299 |         |                  | Warehousing - Pallet labeling(1) | 282.00 |
|      | 20191000299 |         |                  | Warehousing - product photos(1) | 96.00 |
|      |           |           |                  | **TOTAL:** | $29,295.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID : 20200101123**

| | |
|---|---|
| **Invoice No.** : | 20200101123-1 |
| **House Date** : | 02/10/2020 |
| **Shipper Name** : | MIDEA ELECTRIC TRADING SINGAPORE CO PTE LTD |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101123 | | | CUSTOM ENTRY(1) | | 105.00 |
| | 20200101123 | | | ISF FILING(1) | | 15.00 |
| | 20200101123 | | | OCEAN_FREIGHT(1) | | 30.00 |
| | 20200101123 | | | Profit Share(1) | | 50.00 |
| 263781 | MEDU4062744 | 02/04/2020 | 02/05/2020 | LOCAL_CARTAGE_DELIVERY(1) | | 675.00 |
| 263781 | MEDU4062744 | 02/04/2020 | 02/05/2020 | PIER PASS(1) | | 64.24 |
| 263871 | MEDU4204113 | 02/04/2020 | 02/06/2020 | LOCAL_CARTAGE_DELIVERY(1) | | 675.00 |
| 263871 | MEDU4204113 | 02/04/2020 | 02/06/2020 | PIER PASS(1) | | 64.24 |
| | | | | | **TOTAL:** | $1,678.48 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

To : **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**Invoice No.** : 20200101123-4

**House Date** : 02/12/2020

**Shipper Name** : MIDEA ELECTRIC TRADING SINGAPORE CO PTE LTD

RefID : **20200101123**

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| 263781 | MEDU4062744 | 02/04/2020 | 02/05/2020 | DETENTION(1) | Per T&C | 300.00 |
| 263871 | MEDU4204113 | 02/04/2020 | 02/06/2020 | DETENTION(1) | Per T&C | 343.75 |
| | | | | | **TOTAL:** | $643.75 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** <u>**20200101123**</u>

| | |
|---|---|
| **Invoice No.** : | 20200101123-5 |
| **House Date** : | 02/18/2020 |
| **Shipper Name** : | MIDEA ELECTRIC TRADING SINGAPORE CO PTE LTD |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| 263781 | MEDU4062744 | 02/04/2020 | 02/05/2020 | CHASSIS RENTAL(1) | | 60.00 |
| 263781 | MEDU4062744 | 02/04/2020 | 02/05/2020 | Pre-pull(1) | | 125.00 |
| | | | | | **TOTAL:** | $185.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

| | |
|---|---|
| **Invoice No.** | : 20200101123-6 |
| **House Date** | : 03/06/2020 |
| **Shipper Name** | : MIDEA ELECTRIC TRADING SINGAPORE CO PTE LTD |
| **Final Delivery** | : ONTARIO, CA |

**RefID :** 20200101123

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101123 | | | DEVANNING(2) | | 850.00 |
| | | | | | **TOTAL:** | **$850.00** |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS
GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20200301203

**Invoice No.** : 20200301203-1

**House Date** : 04/14/2020

**Shipper Name** : YOAU ELECTRIC CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200301203 | | | CUSTOM ENTRY(1) | Add by ASN | 105.00 |
| | 20200301203 | | | ISF FILING(1) | Add by ASN | 15.00 |
| | 20200301203 | | | OCEAN_FREIGHT(1) | Add by ASN | 30.00 |
| | 20200301203 | | | Profit Share(1) | Add by ASN | 100.00 |
| 270278 | CZZU3711600 | 04/09/2020 | | DEVANNING(1) | Add by ASN | 375.00 |
| 270278 | CZZU3711600 | 04/09/2020 | | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 650.00 |
| 270278 | CZZU3711600 | 04/09/2020 | | PIER PASS(1) | Add by ASN | 32.12 |
| 270278 | CZZU3711600 | 04/09/2020 | | Port Detention(1) | Add by ASN | 119.63 |
| 270278 | FCGU4431360 | 04/09/2020 | | DEVANNING(1) | Add by ASN | 425.00 |
| 270278 | FCGU4431360 | 04/09/2020 | | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 650.00 |
| 270278 | FCGU4431360 | 04/09/2020 | | PIER PASS(1) | Add by ASN | 64.24 |
| 270278 | FCGU4431360 | 04/09/2020 | | Port Detention(1) | Add by ASN | 119.63 |
| | | | | | **TOTAL:** | $2,685.62 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20191201261**

**Invoice No.** : 20191201261-1
**House Date** : 01/08/2020
**Shipper Name** : ZHEJIANG TOPBON LEISURE PRODUCTS CO.,LTD
**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty Return Date | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|-------------------|----------|---------|--------|
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | CUSTOM ENTRY(1) | Add by ASN | 105.00 |
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | OCEAN_FREIGHT(1) | Add by ASN | 65.00 |
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | PIER PASS(1) | Add by ASN | 64.24 |
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | Profit Share(1) | Add by ASN | 50.00 |
| | | | | | **TOTAL:** | $284.24 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

To : **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

RefID : **20191201261**

| | |
|---|---|
| Invoice No. : | 20191201261-3 |
| House Date : | 01/07/2020 |
| Shipper Name : | ZHEJIANG TOPBON LEISURE PRODUCTS CO.,LTD |
| Final Delivery : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC   COMMENT | AMOUNT |
|---|---|---|---|---|---|
| | 20191201261 | | | Pallet Shrinkwrapping(1) | 49.50 |
| | 20191201261 | | | Return Processing(1) | 249.00 |
| | 20191201261 | | | Warehouse - Barcoding(1) | 478.50 |
| | 20191201261 | | | Warehouse Handling(1) | 18.00 |
| | 20191201261 | | | Warehouse Storage(1) | 20,668.50 |
| | 20191201261 | | | Warehousing - carton labeling(1) | 79.00 |
| | 20191201261 | | | Warehousing - Pallet labeling(1) | 6.00 |
| | 20191201261 | | | Warehousing - product photos(1) | 6.00 |
| | | | | **TOTAL:** | $21,554.50 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

To : **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID : 20191201261**

**Invoice No.** : 20191201261-4

**House Date** : 01/10/2020

**Shipper Name** : ZHEJIANG TOPBON LEISURE PRODUCTS CO.,LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | CHASSIS RENTAL(1) | | 120.00 |
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | DETENTION(1) | | 225.00 |
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | LOCAL_CARTAGE_DELIVERY(1) | | 525.00 |
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | Pre-pull(1) | | 125.00 |
| 262135 | MEDU3251661 | 01/04/2020 | 01/08/2020 | Trucker Yard Storage(1) | | 70.00 |

**TOTAL:** $1,065.00

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20191201261**

| | |
|---|---|
| **Invoice No.** : | 20191201261-7 |
| **House Date** : | 03/06/2020 |
| **Shipper Name** : | ZHEJIANG TOPBON LEISURE PRODUCTS CO.,LTD |
| **Final Delivery** : | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20191201261 | | | DEVANNING(1) | | 325.00 |
| | | | | | **TOTAL:** | $325.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20190600213

**Invoice No.** : 20190600213-6

**House Date** : 10/21/2019

**Shipper Name** : YOAU ELECTRIC CO LTD

**Final Delivery** : Ontario, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20190600213 | | | Order Cancellation(1) | | 32.00 |
| | 20190600213 | | | Pallet Shrinkwrapping(1) | | 1,881.00 |
| | 20190600213 | | | Return Processing(1) | | 666.75 |
| | 20190600213 | | | Warehouse Handling(1) | | 684.00 |
| | 20190600213 | | | Warehouse Storage(1) | | 26,176.50 |
| | 20190600213 | | | Warehousing - carton labeling(1) | | 1,420.00 |
| | 20190600213 | | | Warehousing - Pallet labeling(1) | | 228.00 |
| | 20190600213 | | | Warehousing - product photos(1) | | 114.00 |
| | | | | | **TOTAL:** | $31,202.25 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308

**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

# INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**Invoice No.** : 20200200887-1

**House Date** : 04/06/2020

**Shipper Name** : MIDEA ELECTRIC TRADING SINGAPORE CO PTE LTD

**RefID :** **20200200887**

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20200200887 | | | CUSTOM ENTRY(1) | Add by ASN | 105.00 |
| 269053 | CAIU7175044 | 03/30/2020 | 04/01/2020 | CHASSIS RENTAL(1) | Add by ASN | 105.00 |
| 269053 | CAIU7175044 | 03/30/2020 | 04/01/2020 | DETENTION(1) | Add by ASN | 318.50 |
| 269053 | CAIU7175044 | 03/30/2020 | 04/01/2020 | DEVANNING(1) | Add by ASN | 425.00 |
| 269053 | CAIU7175044 | 03/30/2020 | 04/01/2020 | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 650.00 |
| 269053 | CAIU7175044 | 03/30/2020 | 04/01/2020 | PIER PASS(1) | Add by ASN | 64.24 |
| 269053 | CAIU7175044 | 03/30/2020 | 04/01/2020 | Pre-pull(1) | Add by ASN | 125.00 |
| 269053 | MEDU4036719 | 03/26/2020 | 03/30/2020 | CHASSIS RENTAL(1) | Add by ASN | 175.00 |
| 269053 | MEDU4036719 | 03/26/2020 | 03/30/2020 | DEVANNING(1) | Add by ASN | 425.00 |
| 269053 | MEDU4036719 | 03/26/2020 | 03/30/2020 | ISF FILING(1) | Add by ASN | 15.00 |
| 269053 | MEDU4036719 | 03/26/2020 | 03/30/2020 | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 650.00 |
| 269053 | MEDU4036719 | 03/26/2020 | 03/30/2020 | PIER PASS(1) | Add by ASN | 64.24 |
| 269053 | MEDU4036719 | 03/26/2020 | 03/30/2020 | Port Detention(1) | one hour | 98.00 |
| 269053 | MEDU4036719 | 03/26/2020 | 03/30/2020 | Pre-pull(1) | Add by ASN | 125.00 |
| 269053 | MEDU4036719 | 03/26/2020 | 03/30/2020 | Profit Share(1) | Add by ASN | 150.00 |
| 269053 | MSCU5947312 | 03/26/2020 | 03/30/2020 | CHASSIS RENTAL(1) | Add by ASN | 175.00 |
| 269053 | MSCU5947312 | 03/26/2020 | 03/30/2020 | DETENTION(1) | Add by ASN | 98.00 |
| 269053 | MSCU5947312 | 03/26/2020 | 03/30/2020 | DEVANNING(1) | Add by ASN | 425.00 |
| 269053 | MSCU5947312 | 03/26/2020 | 03/30/2020 | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 650.00 |
| 269053 | MSCU5947312 | 03/26/2020 | 03/30/2020 | PIER PASS(1) | Add by ASN | 64.24 |
| 269053 | MSCU5947312 | 03/26/2020 | 03/30/2020 | Port Detention(1) | one hour | 98.00 |
| 269053 | MSCU5947312 | 03/26/2020 | 03/30/2020 | Pre-pull(1) | Add by ASN | 125.00 |
| | | | | | **TOTAL:** | $5,130.22 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593    FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

| | | |
|---|---|---|
| **To :** **SCL CONTAINER LINE SPEDITIONS GMBH** | **Invoice No.** | : 20200200887-5 |
| Suederstraße 73a | | |
| Hamburg, D-20097 | **House Date** | : 04/22/2020 |
| | **Shipper Name** | : MIDEA ELECTRIC TRADING SINGAPORE CO PTE LTD |
| **RefID :** 20200200887 | **Final Delivery** | : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200200887 | | | Order Cancellation(1) | | 32.00 |
| | 20200200887 | | | Pallet Shrinkwrapping(1) | | 1,105.50 |
| | 20200200887 | | | Return Processing(1) | | 168.00 |
| | 20200200887 | | | Warehouse Handling(1) | | 402.00 |
| | 20200200887 | | | Warehouse Storage(1) | | 22,437.00 |
| | 20200200887 | | | Warehousing - carton labeling(1) | | 1,189.00 |
| | 20200200887 | | | Warehousing - Pallet labeling(1) | | 134.00 |
| | 20200200887 | | | Warehousing - product photos(1) | | 90.00 |
| | | | | | **TOTAL:** | $25,557.50 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS
GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20190800486

**Invoice No.**　: 20190800486-1

**House Date**　: 11/07/2019

**Shipper Name** : SHENZ

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20190800486 |  |  | CFS Charge(1) |  | 225.54 |
|  | 20190800486 |  |  | CUSTOM ENTRY(1) |  | 50.00 |
|  | 20190800486 |  |  | DEVANNING(1) |  | 36.00 |
|  | 20190800486 |  |  | ISF FILING(1) |  | 15.00 |
|  | 20190800486 |  |  | OCEAN_FREIGHT(1) |  | 149.76 |
|  | 20190800486 |  |  | Profit Share(1) |  | 40.00 |
| 250199 | OOLU8983870 | 08/28/2019 | 08/28/2019 | LOCAL_CARTAGE_DELIVERY(1) |  | 300.00 |
|  |  |  |  |  | **TOTAL:** | $816.30 |

Please Remit To:　AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308

Exhibit B - Page 26



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS
GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20191000298**

**Invoice No.** : 20191000298-2

**House Date** : 10/25/2019

**Shipper Name** : JENMART INDUSTRIAL HK CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20191000298 | | | CUSTOM ENTRY(1) | | 105.00 |
| | 20191000298 | | | DEVANNING(1) | | 0.00 |
| | 20191000298 | | | ISF FILING(1) | | 15.00 |
| | 20191000298 | | | OCEAN_FREIGHT(1) | | 15.00 |
| 254159 | TGHU1837128 | 10/21/2019 | 10/24/2019 | PIER PASS(1) | | 72.09 |
| | | | | | **TOTAL:** | $207.09 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20191000298**

**Invoice No.** : 20191000298-3

**House Date** : 10/22/2019

**Shipper Name** : JENMART INDUSTRIAL HK CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20191000298 | | | Order Cancellation(1) | | 64.00 |
| | 20191000298 | | | Pallet Shrinkwrapping(1) | | 1,633.50 |
| | 20191000298 | | | Return Processing(1) | | 328.50 |
| | 20191000298 | | | Warehouse Handling(1) | | 594.00 |
| | 20191000298 | | | Warehouse Storage(1) | | 23,031.00 |
| | 20191000298 | | | Warehousing - carton labeling(1) | | 1,548.50 |
| | 20191000298 | | | Warehousing - Pallet labeling(1) | | 198.00 |
| | 20191000298 | | | Warehousing - product photos(1) | | 96.00 |
| | | | | | **TOTAL:** | $27,493.50 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20191000298**

**Invoice No.** : 20191000298-4

**House Date** : 11/07/2019

**Shipper Name** : JENMART INDUSTRIAL HK CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| 254159 | TGHU1837128 | 10/21/2019 | 10/24/2019 | CHASSIS RENTAL(1) | | 140.00 |
| 254159 | TGHU1837128 | 10/21/2019 | 10/24/2019 | LOCAL_CARTAGE_DELIVERY(1) | | 650.00 |
| 254159 | TGHU1837128 | 10/21/2019 | 10/24/2019 | Pre-pull(1) | | 125.00 |
| | | | | | **TOTAL:** | $915.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20200101120

**Invoice No.** : 20200101120-1

**House Date** : 02/06/2020

**Shipper Name** : BUILD RAY ENTERPRISE CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
|  | 20200101120 |  |  | CUSTOM ENTRY(1) |  | 105.00 |
|  | 20200101120 |  |  | OCEAN_FREIGHT(1) |  | 15.00 |
| 264870 | TCKU3677275 | 01/27/2020 | 01/31/2020 | ISF FILING(1) |  | 15.00 |
| 264870 | TCKU3677275 | 01/27/2020 | 01/31/2020 | LOCAL_CARTAGE_DELIVERY(1) |  | 675.00 |
| 264870 | TCKU3677275 | 01/27/2020 | 01/31/2020 | PIER PASS(1) |  | 72.09 |
| 264870 | TCKU3677275 | 01/27/2020 | 01/31/2020 | Profit Share(1) |  | 50.00 |
|  |  |  |  |  | **TOTAL:** | $932.09 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200101120**

**Invoice No.** : 20200101120-4

**House Date** : 02/18/2020

**Shipper Name** : BUILD RAY ENTERPRISE CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| 264870 | TCKU3677275 | 01/27/2020 | 01/31/2020 | CHASSIS RENTAL(1) | | 150.00 |
| 264870 | TCKU3677275 | 01/27/2020 | 01/31/2020 | Pre-pull(1) | | 125.00 |
| | | | | | **TOTAL:** | $275.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200101120**

| | |
|---|---|
| **Invoice No.** | : 20200101120-5 |
| **House Date** | : 03/06/2020 |
| **Shipper Name** | BUILD RAY ENTERPRISE CO LTD |
| **Final Delivery** | ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101120 | | | DEVANNING(1) | | 325.00 |
| | | | | | **TOTAL:** | $325.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta,  GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS
GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20191100023

**Invoice No.**      : 20191100023-1

**House Date**     : 12/11/2019

**Shipper Name** : FOSHAN SHUNDE MANKUI

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20191100023 | | | CUSTOM ENTRY(1) | | 105.00 |
| | 20191100023 | | | OCEAN_FREIGHT(1) | | 15.00 |
| | 20191100023 | | | Profit Share(1) | | 50.00 |
| 257365 | MEDU3962090 | 11/19/2019 | 11/21/2019 | LOCAL_CARTAGE_DELIVERY(1) | | 675.00 |
| | | | | | **TOTAL:** | $845.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

| | |
|---|---|
| **Invoice No.** | : 20191001922-10 |
| **House Date** | : 12/18/2019 |
| **Shipper Name** | : NANTONG ENJOY SPORTS AND HOMEFITNESS CO LTD |
| **Final Delivery** | : ONTARIO, CA |

**RefID :** **20191001922**

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20191001922 | | | CUSTOM ENTRY(1) | | 105.00 |
| | 20191001922 | | | OCEAN_FREIGHT(1) | | 15.00 |
| 258279 | FCIU3791559 | 11/21/2019 | 11/25/2019 | DEVANNING(1) | | 102.00 |
| 258279 | FCIU3791559 | 11/21/2019 | 11/25/2019 | ISF FILING(1) | | 15.00 |
| 258279 | FCIU3791559 | 11/21/2019 | 11/25/2019 | LOCAL_CARTAGE_DELIVERY(1) | | 675.00 |
| 258279 | FCIU3791559 | 11/21/2019 | 11/25/2019 | PIER PASS(1) | | 72.09 |
| 258279 | FCIU3791559 | 11/21/2019 | 11/25/2019 | Profit Share(1) | | 50.00 |
| | | | | | **TOTAL:** | $1,034.09 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
**309 E. Paces Ferry Rd NE Suite 800**
**Atlanta, GA 30305**
**TEL: 404.480.4593   FAX: FAX: 404.480.4889**
**E-Mail : ops@americangloballogistics.com**

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200101122**

| | |
|---|---|
| **Invoice No.** | : 20200101122-1 |
| **House Date** | : 02/10/2020 |
| **Shipper Name** | : JINYUN COUNTY ROUTEKING LEISURE PRODUCTS CO LTD |
| **Final Delivery** | : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101122 | | | ISF FILING(1) | | 15.00 |
| | 20200101122 | | | OCEAN_FREIGHT(1) | | 15.00 |
| | 20200101122 | | | Profit Share(1) | | 50.00 |
| 264954 | MEDU4919626 | 01/29/2020 | 02/03/2020 | CHASSIS RENTAL(1) | | 180.00 |
| 264954 | MEDU4919626 | 01/29/2020 | 02/03/2020 | LOCAL_CARTAGE_DELIVERY(1) | | 525.00 |
| 264954 | MEDU4919626 | 01/29/2020 | 02/03/2020 | PIER PASS(1) | | 64.24 |
| 264954 | MEDU4919626 | 01/29/2020 | 02/03/2020 | PORT SECURITY FEE(1) | | 12.00 |
| 264954 | MEDU4919626 | 01/29/2020 | 02/03/2020 | Pre-pull(1) | | 125.00 |
| | | | | | **TOTAL:** | $986.24 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

To : **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

| | |
|---|---|
| **Invoice No.** | : 20200101122-7 |
| **House Date** | : 03/06/2020 |
| **Shipper Name** | : JINYUN COUNTY ROUTEKING LEISURE PRODUCTS CO LTD |

RefID : **20200101122**

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| | 20200101122 | | | DEVANNING(1) | | 425.00 |
| | | | | | **TOTAL:** | $425.00 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA 30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** **SCL CONTAINER LINE SPEDITIONS GMBH**
Suederstraße 73a
Hamburg, D-20097

**RefID :** **20200101457**

| | |
|---|---|
| **Invoice No.** | : 20200101457-1 |
| **House Date** | : 02/20/2020 |
| **Shipper Name** | : ETERNAL GUANGDONG TECH ELECTRIC CO LTD |
| **Final Delivery** | : ONTARIO, CA |

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| | 20200101457 | | | CUSTOM ENTRY(1) | Add by ASN | 105.00 |
| | 20200101457 | | | ISF FILING(1) | Add by ASN | 15.00 |
| | 20200101457 | | | OCEAN_FREIGHT(1) | Add by ASN | 15.00 |
| | 20200101457 | | | Profit Share(1) | Add by ASN | 50.00 |
| 266636 | FSCU4038560 | 02/10/2020 | 02/11/2020 | CHASSIS RENTAL(1) | Add by ASN | 60.00 |
| 266636 | FSCU4038560 | 02/10/2020 | 02/11/2020 | DETENTION(1) | Add by ASN | 65.00 |
| 266636 | FSCU4038560 | 02/10/2020 | 02/11/2020 | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 650.00 |
| 266636 | FSCU4038560 | 02/10/2020 | 02/11/2020 | PIER PASS(1) | Add by ASN | 64.24 |
| 266636 | FSCU4038560 | 02/10/2020 | 02/11/2020 | Pre-pull(1) | Add by ASN | 125.00 |
| | | | | | **TOTAL:** | $1,149.24 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, INC.**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS
GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20200101457

**Invoice No.** : 20200101457-7

**House Date** : 03/19/2020

**Shipper Name** : ETERNAL GUANGDONG TECH
ELECTRIC CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC          COMMENT | AMOUNT |
|------|-----------|-----------|------------------|---------------------------|--------|
|      | 20200101457 |         |                  | DEVANNING(1)              | 400.00 |
|      | 20200101457 |         |                  | Pallet Shrinkwrapping(1)  | 693.00 |
|      | 20200101457 |         |                  | Warehouse Handling(1)     | 252.00 |
|      | 20200101457 |         |                  | Warehouse Storage(1)      | 22,410.00 |
|      | 20200101457 |         |                  | Warehousing - carton labeling(1) | 685.50 |
|      | 20200101457 |         |                  | Warehousing - Pallet labeling(1) | 84.00 |
|      | 20200101457 |         |                  | Warehousing - product photos(1) | 42.00 |
|      |           |           |                  | **TOTAL:**                | $24,566.50 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308



**AMERICAN GLOBAL LOGISTICS, LLC**
309 E. Paces Ferry Rd NE Suite 800
Atlanta, GA  30305
TEL: 404.480.4593   FAX: FAX: 404.480.4889
E-Mail : ops@americangloballogistics.com

## INVOICE

**To :** SCL CONTAINER LINE SPEDITIONS
GMBH
Suederstraße 73a
Hamburg, D-20097

**RefID :** 20191000915

**Invoice No.** : 20191000915-1

**House Date** : 11/07/2019

**Shipper Name** : BETRUE TECHNOLOGY CO LTD

**Final Delivery** : ONTARIO, CA

| PoNo | REFERENCE | Pull Date | Empty ReturnDate | ITEMDESC | COMMENT | AMOUNT |
|------|-----------|-----------|------------------|----------|---------|--------|
| 255662 | OOLU9649678 | 10/25/2019 | 10/25/2019 | CHASSIS RENTAL(1) | Add by ASN | 22.00 |
| 255662 | OOLU9649678 | 10/25/2019 | 10/25/2019 | CUSTOM ENTRY(1) | Add by ASN | 105.00 |
| 255662 | OOLU9649678 | 10/25/2019 | 10/25/2019 | DEVANNING(1) | Add by ASN | 24.00 |
| 255662 | OOLU9649678 | 10/25/2019 | 10/25/2019 | ISF FILING(1) | Add by ASN | 15.00 |
| 255662 | OOLU9649678 | 10/25/2019 | 10/25/2019 | LOCAL_CARTAGE_DELIVERY(1) | Add by ASN | 250.00 |
| 255662 | OOLU9649678 | 10/25/2019 | 10/25/2019 | OCEAN_FREIGHT(1) | Add by ASN | 93.96 |
| 255662 | OOLU9649678 | 10/25/2019 | 10/25/2019 | Profit Share(1) | Add by ASN | 35.00 |
| 255662 | OOLU9649678 | 10/25/2019 | 10/25/2019 | Terminal Handling Charge(1) | Add by ASN | 141.19 |
| | | | | | **TOTAL:** | $686.15 |

Please Remit To:   AMERICAN GLOBAL LOGISTICS, LLC.
PO Box 116308
Atlanta, GA 30368-6308