**COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP**
Neil S. Lerner (SBN 134031)
Email: nsl@cwlfirm.com
Mitchell S. Griffin (SBN 114881)
Email: msg@cwlfirm.com
12011 San Vicente Blvd., Suite 600
Los Angeles, CA  90049
Telephone No.: 310-440-0020
Facsimile No.: 310-440-0015
Attorneys for Defendant
SCL CONTAINER LINE SPEDITIONS GmbH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRA WORLDWIDE LOGISTICS, LLC, a Florida Limited Liability Company, as assignee of AMERICAN GLOBAL LOGISTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BERLIN BRANDS GROUP, INC. a Delaware Corporation, and SCL CONTAINER LINE SPEDITIONS GmbH, a German Limited Liability Company,<br><br>Defendants. | Case No.: 2:20-cv-10357-CAS-JPRx<br><br>**ANSWER TO COMPLAINT, COUNTERCLAIM AND CROSSCLAIM OF DEFENDANT SCL CONTAINER LINE SPEDITIONS GmbH** |

Defendant SCL CONTAINER LINE SPEDITIONS GmbH ("SCL") answers the complaint of TERRA WORLDWIDE LOGISTICS, LLC ("TERRA") as follows:

1.     Paragraph 1 of TERRA's Complaint contains no charging

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA  90049
TEL (310) 440-0020
FAX (310) 440-0015

allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 1 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

2. SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 2 of TERRA's Complaint and, on that basis, denies said allegations.

3. SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 3 5of TERRA's Complaint and, on that basis, denies said allegations.

4. SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 4 of TERRA's Complaint and, on that basis, denies said allegations.

5. SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 5 of TERRA's Complaint and, on that basis, denies said allegations.

6. Paragraph 6 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 6 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

7. SCL admits the allegations contained in Paragraph 7 of TERRA's Complaint.

## JURISDICTION AND VENUE

8. In response to Paragraph 8 of TERRA's Complaint, SCL admits that the amount in controversy exceeds $75,000 with regard to all parties and that there is complete diversity of citizenship among the parties, within the meaning of 28 U.S.C. §1332. To the extent that Paragraph 8 of TERRA's Complaint could be said to contain charging allegations against SCL, SCL denies such allegations.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA 90049
TEL (310) 440-0020
FAX (310) 440-0015

9.      In response to Paragraph 9 of TERRA's Complaint, SCL admits that the claims at issue relate to ocean shipments of goods. To the extent that Paragraph 9 of TERRA's Complaint could be said to contain charging allegations against SCL, SCL denies such allegations.

10.      SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 10 of TERRA's Complaint and, on that basis, denies said allegations.

## FACTS RELEVANT TO ALL CLAIMS FOR RELIEF

11.      SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 11 of TERRA's Complaint, and on that basis, denies said allegations.

12.      SCL admits that BERLIN BRANDS GROUP, INC. ("BERLIN") is a consumer products and e-commerce company that imports and sells products in the United States.  SCL lacks sufficient information and belief regarding the truth of the remaining allegations contained in Paragraph 12 of TERRA's Complaint and, on that basis, denies said allegations.

13.      SCL admits the allegations contained in Paragraph 13 of TERRA's Complaint.

14.      SCL admits the allegations contained in Paragraph 14 of TERRA's Complaint.

15.      SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 15 of TERRA's Complaint and, on that basis, denies said allegations.

16.      SCL admits the allegations contained in Paragraph 16 of TERRA's Complaint.

17.      SCL admits the allegations contained in Paragraph 17 of TERRA's Complaint.

18.      SCL lacks sufficient information and belief regarding the truth of

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA  90049
TEL (310) 440-0020
FAX (310) 440-0015

the allegations contained in Paragraph 18 of TERRA's Complaint because the referenced invoiced are insufficiently identified and, on that basis, denies said allegations.

19.     SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 19 of TERRA's Complaint because the referenced invoiced are insufficiently identified and, on that basis, denies said allegations.

20.     SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 20 of TERRA's Complaint because the referenced invoiced are insufficiently identified and, on that basis, denies said allegations.

A.   The Berlin Invoices

21.     Paragraph 21 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 21 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

22.     Paragraph 22 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 22 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

23.     Paragraph 23 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 23 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

24.     Paragraph 24 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 24 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

12011 SAN VICENITE BLVD.
SUITE 600
LOS ANGELES,
CA 90049
TEL (310) 440-0020
FAX (310) 440-0015

ANSWER, COUNTERCLAIM AND CROSSCLAIM OF SCL CONTAINER LINE

4.

25.     Paragraph 25 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 25 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

26.     Paragraph 26 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 26 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

B.     The Swiss Container Invoices

27.     SCL admits that American Global billed SCL for certain charges and fees.  SCL denies the remaining allegations contained in Paragraph 27 of TERRA's Complaint.

28.     SCL admits that it ordered services from American Global in return for the promise of payment and that American Global provided SCL with invoices and some documentation.  With regard to the remaining allegations contained in Paragraph 28 of TERRA's Complaint, SCL lacks sufficient information and belief regarding the truth of those allegations and, on that basis, denies said allegations.

29.     SCL admits the allegations contained in Paragraph 29 of TERRA's Complaint.

30.     SCL admits that the total of the referenced invoices is equal to the amount stated. SCL denies the remaining allegations contained in Paragraph 30 of TERRA's Complaint.

31.     SCL denies the allegations contained in Paragraph 31 of TERRA's Complaint.

32.     SCL denies the allegations contained in Paragraph 32 of TERRA's Complaint.

33.     SCL denies the allegations contained in Paragraph 33 of

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA  90049
TEL (310) 440-0020
FAX (310) 440-0015

TERRA's Complaint.

34.     SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 34 of TERRA's Complaint and, on that basis, denies said allegations.

35.     SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 35 of TERRA's Complaint and, on that basis, denies said allegations.

<u>**FIRST CLAIM FOR RELIEF**</u>

(Breach of Contract)

(Against Berlin)

36.     SCL incorporates herein as though fully set forth, its answers to Paragraphs 1 through 35 of TERRA's Complaint.

37.     Paragraph 37 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 37 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

38.     Paragraph 38 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 38 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

39.     Paragraph 39 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 39 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

<u>**SECOND CLAIM FOR RELIEF**</u>

(Breach of Contract)

(Against Swiss Container)

40.     SCL incorporates herein as though fully set forth, its answers to

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA  90049
TEL (310) 440-0020
FAX (310) 440-0015

Paragraphs 1 through 35 of TERRA's Complaint.

41. SCL denies the allegations contained in Paragraph 41 of TERRA's Complaint.

42. SCL denies the allegations contained in Paragraph 42 of TERRA's Complaint.

43. SCL denies the allegations contained in Paragraph 43 of TERRA's Complaint.

## THIRD CLAIM FOR RELIEF

(Alternative Common Count – Open Book Account)

(Against Berlin)

44. SCL incorporates herein as though fully set forth, its answers to Paragraphs 1 through 35 of TERRA's Complaint.

45. Paragraph 45 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 45 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

46. Paragraph 46 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 46 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

47. Paragraph 47 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 47 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

48. Paragraph 48 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 48 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENITE BLVD. SUITE 600 LOS ANGELES, CA 90049 TEL (310) 440-0020 FAX (310) 440-0015

49.     Paragraph 49 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 49 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

50.     Paragraph 50 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 50 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

51.     Paragraph 51 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 51 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

## FOURTH CLAIM FOR RELIEF

(Alternative Common Count – Open Book Account)

(Against Swiss Container)

52.     SCL incorporates herein as though fully set forth, its answers to Paragraphs 1 through 35 of TERRA's Complaint.

53.     SCL denies the allegations contained in Paragraph 53 of TERRA's Complaint.

54.     SCL lacks sufficient information and belief regarding the truth of the allegations contained in Paragraph 54 of TERRA's Complaint and, on that basis, denies said allegations.

55.     SCL admits that American Global submitted invoices to SCL. SCL denies the remaining allegations contained in Paragraph 55 of TERRA's Complaint.

56.     SCL denies the allegations contained in Paragraph 56 of TERRA's Complaint.

57.     SCL denies the allegations contained in Paragraph 57 of

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD. SUITE 600 LOS ANGELES, CA  90049 TEL (310) 440-0020 FAX (310) 440-0015

TERRA's Complaint.

58.     SCL denies the allegations contained in Paragraph 58 of TERRA's Complaint.

59.     SCL denies the allegations contained in Paragraph 59 of TERRA's Complaint.

## FIFTH CLAIM FOR RELIEF

(Quantum Meruit - Alternative Common Count for Work, Labor, Services and Materials at Agreed Price)

(Against Berlin)

60.     SCL incorporates herein as though fully set forth, its answers to Paragraphs 1 through 35 of TERRA's Complaint.

61.     Paragraph 61 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 61 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

62.     Paragraph 62 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 62 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

63.     Paragraph 63 of TERRA's Complaint contains no charging allegations with regard to SCL and, therefore, requires no answer from SCL. To the extent that Paragraph 63 of TERRA's Complaint can be said to contain charging allegations against SCL, SCL denies such allegations.

## SIXTH CLAIM FOR RELIEF

(Quantum Meruit - Alternative Common Count for Work, Labor, Services and Materials at Agreed Price)

(Against Swiss Container)

64.     SCL incorporates herein as though fully set forth, its answers to

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD. SUITE 600 LOS ANGELES, CA 90049 TEL (310) 440-0020 FAX (310) 440-0015

Paragraphs 1 through 35 of TERRA's Complaint.

65.     SCL denies the allegations contained in Paragraph 65 of TERRA's Complaint.

66.     SCL denies the allegations contained in Paragraph 65 of TERRA's Complaint.

67.     SCL denies the allegations contained in Paragraph 65 of TERRA's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1.     TERRA's Complaint fails to state a claim or cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2.     If the damages allegedly suffered by TERRA were caused by the breach, acts or omissions of anyone, they were caused by TERRA.

### THIRD AFFIRMATIVE DEFENSE

3.     If the damages allegedly suffered by TERRA were caused by the breach, acts or omissions of anyone, they were caused by unnamed third parties.

### FOURTH AFFIRMATIVE DEFENSE

4.     TERRA has failed to mitigate its alleged damages.

### FIFTH AFFIRMATIVE DEFENSE

5.     Any act or omission of SCL alleged to have contributed to or have caused TERRA's damages was superseded by the breach, acts or omissions of others, including TERRA, which were the independent, intervening and proximate cause of any damages sustained by TERRA.

### SIXTH AFFIRMATIVE DEFENSE

6.     TERRA, by its own breach(es), acts or omissions, is barred from recovery by the doctrines of waiver and/or estoppel.

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA  90049
TEL (310) 440-0020
FAX (310) 440-0015

ANSWER, COUNTERCLAIM AND CROSSCLAIM OF SCL CONTAINER LINE

Case No. 2:20-cv-10357-CAS-JPRx

## SEVENTH AFFIRMATIVE DEFENSE

7.     TERRA is stopped from claiming any damages because TERRA has ratified all of the alleged acts about which it complains.

## EIGHTH AFFIRMATIVE DEFENSE

8.     SCL exercised due diligence and reasonable care at all relevant times.

WHEREFORE, SCL requests judgment against TERRA on its Complaint as follows.

## REQUESTED RELIEF

1)     That TERRA takes nothing by reason of the Complaint;

2)     The Complaint and each cause of action alleged therein be dismissed with prejudice and at TERRA's cost;

3)     Judgment be entered in favor of SCL, with costs of suit and interest at the maximum rate allowed by law, and;

4)     Such other and further relief as may be appropriate.

## SCL'S COUNTERCLAIM AGAINST TERRA FOR BREACH OF CONTRACT AND INDEMNIFICATION

SCL asserts the following Counterclaim against TERRA:

1.     SCL is a German limited liability company with its principal place of business at Süderstraße 73A, 20097 Hamburg, Federal Republic of Germany.

2.     TERRA is, on information and belief, a Florida limited liability company with its principal place of business at 309 East Paces Ferry Road Northeast, Suite 800, Atlanta, Georgia 30305, and an assignee of certain claims by American Global Logistics, LLC ("AGL") as more fully described in TERRA's Complaint herein and acquired certain assets related to those claims.

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA 90049
TEL (310) 440-0020
FAX (310) 440-0015

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000 and the diversity of citizenship is satisfied.

4.      Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because the material events giving rise to this claim occurred in this District.

## FACTUAL ALLEGATIONS

5.      BERLIN contracted with SCL for the transport of goods from Asia to the United States, customs clearance and related port services, ground transportation from port to warehouse and warehouse handling and storage.

6.      SCL subcontracted with AGL to perform some of these services for the benefit of BERLIN, including customs clearance, ground transportation of goods from port to warehouse and warehouse handling and storage.

7.      BERLIN contends that between approximately October 2017 through December 2019, in performing the services that SCL subcontracted to AGL to perform for the benefit of BERLIN, AGL breached, improperly performed and/or failed to perform its contractual duties by: (a) destroying, losing, disposing, damaging, and otherwise mishandling BERLIN's goods, products and merchandise; (b) overcharging, mischarging and otherwise improperly billing for certain services performed by AGL for the benefit of BERLIN and; (c) committing other breaches of contractual obligations, in connection with the work which SCL had subcontracted to AGL for the benefit of BERLIN, all allegedly causing BERLIN to sustain financial losses in excess of $339,000.

8.      BERLIN resorted to "self-help" to recoup the financial losses it allegedly sustained as a result of the breaches, improper performance and/or failure of AGL to perform its contractual duties as alleged by BERLIN.  This "self-help" came in the form of BERLIN withholding in excess of $339,000 in

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA  90049
TEL (310) 440-0020
FAX (310) 440-0015

ANSWER, COUNTERCLAIM AND CROSSCLAIM OF SCL CONTAINER LINE

Case No. 2:20-cv-10357-CAS-JPRx

contractual payments to SCL under the agreement between SCL and BERLIN for the transport of goods from Asia to the United States, customs clearance and related port services, ground transportation from port to warehouse and warehouse handling and storage.

9.     As a result, SCL has sustained over $339,000 in damages.

10.     BERLIN has additionally alleged in a Crossclaim it has filed in this action against SCL, additional damages sustained as a result of AGL's failure to pay its own subcontractors, hired by AGL to perform services for the benefit of BERLIN. BERLIN contends in its Crossclaim that, as a result of AGL failing to pay its own subcontractors, BERLIN intervened and paid AGL's subcontractors and have acquired the rights of those subcontractors against AGL, to the extent of the amount of the payments allegedly made by BERLIN to the subcontractors.  BERLIN contends in the Crossclaim that SCL is somehow liable to BERLIN for the amount of these payments allegedly made by BERLIN to AGL's subcontractors.  By reference to BERLIN's Crossclaim SCL does not admit, and specifically denies, the allegations contained therein.

11.     TERRA alleges that it is the assignee of AGL in connection with the services at issue.

## FIRST CAUSE OF ACTION AGAINST TERRA – BREACH OF CONTRACT

12.     SCL incorporates, as though fully set forth, the allegations contained in Paragraphs 1 through 11 of this Counterclaim.

13.     AGL breached, improperly performed and/or failed to perform its contractual duties to SCL in connection with the services which SCL subcontracted to AGL for the benefit of BERLIN.

14.     As a result of AGL's breaches, improper and/or failure to perform its contractual duties, as alleged by BERLIN, BERLIN resorted to "self-help"

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA  90049
TEL (310) 440-0020
FAX (310) 440-0015

and has withheld in excess of $339,000 in contractual payments to SCL for the transport of goods from Asia to the United States, customs clearance and related port services, ground transportation from port to warehouse and warehouse handling and storage.

15.     SCL has therefore suffered damages in excess of $339,000 as a result of AGL's breaches, improper and/or failure to perform its contractual duties, as alleged by BERLIN.

16.     Should SCL be determined somehow responsible for BERLIN's additional claim regarding payments BERLIN allegedly made to AGL's subcontractors, and BERLIN's withholding of payments to SCL be determined to be justified on that basis, SCL will suffer additional damages to the extent of the amount withheld by BERLIN on that basis.

WHEREFORE, SCL prays for relief against TERRA as set out below.

## SECOND CAUSE OF ACTION AGAINST TERRA – INDEMNIFICATION

17.     SCL incorporates, as though fully set forth, the allegations contained in Paragraphs 1 through 11 of this Counterclaim.

18.     As a result of AGL's breaches, improper and/or failure to perform its contractual duties, as alleged by BERLIN, BERLIN resorted to "self-help" and has withheld in excess of $339,000 in contractual payments to SCL for the transport of goods from Asia to the United States, customs clearance and related port services, ground transportation from port to warehouse and warehouse handling and storage.

19.     SCL has therefore suffered damages in excess of $339,000 as a result of AGL's breaches, improper and/or failure to perform its contractual duties, as alleged by BERLIN.

20.     SCL is entitled to indemnification from AGL for all sums which BERLIN has withheld from SCL as a result of the alleged acts and omissions

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD. SUITE 600 LOS ANGELES, CA 90049 TEL (310) 440-0020 FAX (310) 440-0015

of AGL in its performance of its contractual duties to SCL, as well as the attorneys' fees and costs that SCL has and will incur as a result of having to both defend itself against AGL's suit herein and defend itself against the Crossclaim asserted herein by BERLIN against SCL.

21.     Should SCL be determined somehow responsible for BERLIN's additional claim regarding payments BERLIN allegedly made to AGL's subcontractors, and BERLIN's withholding of payments to SCL be determined to be justified on that basis, SCL will also be entitled to indemnification from AGL to the extent of the amount withheld by BERLIN on that basis.

WHEREFORE, SCL prays for relief against TERRA as set out below.

1.     For damages and/or indemnity in excess of $339,000;

2.     For interest at the legal rate;

3.     For reasonable attorneys' fees;

4.     For costs of suit incurred herein; and

5.     For such other and further relief as this Court deems appropriate.

## SCL'S CROSSCLAIM AGAINST BERLIN FOR BREACH OF CONTRACT AND INDEMNIFICATION

SCL asserts the following Crossclaim against BERLIN:

1.     SCL is a German limited liability company with its principal place of business at Süderstraße 73A, 20097 Hamburg, Federal Republic of Germany.

2.     BERLIN is, on information and belief, a corporation formed under the laws of Delaware with its principal place of business in California.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000 and the diversity of citizenship is satisfied.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA  90049
TEL (310) 440-0020
FAX (310) 440-0015

4.      Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because the material events giving rise to this claim occurred in this District.

**FACTUAL ALLEGATIONS**

5.      BERLIN contracted with SCL for the transport of goods from Asia to the United States, customs clearance and related port services, ground transportation from port to warehouse and warehouse handling and storage.

6.      The services for which BERLIN contracted with SCL were performed by SCL or, on information and belief by SCL's subcontractor, AGL.

7.      SCL regularly invoiced BERLIN for such services and BERLIN would pay the amounts invoiced to SCL.

8.      BERLIN contends that between approximately October 2017 through December 2019, certain services were improperly performed, were not performed and/or were overcharged, mischarged or otherwise improperly billed to BERLIN.  All of the services that BERLIN alleges were improperly performed, were not performed and/or were overcharged, mischarged or otherwise improperly billed to BERLIN, were services that SCL subcontracted to AGL to carry out.

9.      On that basis, BERLIN has failed and refused to pay to SCL in excess of $339,000 due under invoices issued by SCL to BERLIN for services provided under contract to and/or for the benefit of BERLIN. A summary of the invoices, by number, date and amount, which BERLIN has failed and refused to pay to SCL is attached hereto as EXHIBIT A.

10.     As a result of BERLIN's failure and refusal to pay the referenced invoices, SCL has sustained in excess of $339,000 in damages.

11.     As a further result of BERLIN's failure and refusal to pay the referenced invoices to SCL, SCL has not paid to AGL certain sums invoiced by AGL to SCL for services allegedly provided by AGL for the benefit of

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES,
CA 90049
TEL (310) 440-0020
FAX (310) 440-0015

BERLIN, pursuant to the subcontract between AGL and SCL.  TERRA, as alleged assignee of AGL, has initiated this action against SCL (and BERLIN) to recover the amounts TERRA claims are owed to AGL for services performed for and for the benefit of BERLIN.  In its Complaint, TERRA seeks to recover in excess of $270,000 from SCL.  By reference to TERRA's Complaint, SCL does not admit, and specifically denies, the allegations contained therein.

## FIRST CAUSE OF ACTION AGAINST BERLIN – BREACH OF CONTRACT

12.    SCL incorporates, as though fully set forth, the allegations contained in Paragraphs 1 through 10 of this Crossclaim.

13.    BERLIN breached its contract with SCL by failing and refusing to pay the referenced invoiced amounts for services performed for the benefit of BERLIN.

14.    As a result of BERLIN's breach of contract, SCL has suffered damages in excess of $339,000.

15.    As a further result of BERLIN's breach of contract, AGL has filed this action against SCL, exposing SCL to an award of damages to AGL, as well as causing SCL to incur attorneys' fees and costs to defend itself.

WHEREFORE, SCL prays for relief against BERLIN as set out below.

## SECOND CAUSE OF ACTION AGAINST AGL – INDEMNIFICATION

16.    SCL incorporates, as though fully set forth, the allegations contained in Paragraphs 1 through 11 of this Crossclaim.

17.    As a result of BERLIN's failure and refusal to pay the referenced invoices to SCL, TERRA, as alleged assignee of AGL, has initiated this action against SCL (and BERLIN) to recover the amounts TERRA claims are owed to AGL for services performed for and for the benefit of BERLIN.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
12011 SAN VICENTE BLVD. SUITE 600 LOS ANGELES, CA  90049 TEL (310) 440-0020 FAX (310) 440-0015

18.     SCL is entitled to indemnification from BERLIN for all sums, if any, for which SCL may be found liable to AGL, as well as the attorneys' fees and costs that SCL has and will incur as a result of having to both defend itself against AGL's suit herein and defend itself against the Crossclaim asserted herein by BERLIN against SCL.

WHEREFORE, SCL prays for relief against BERLIN as set out below.

1.     For damages in excess of $339,000;

2.     For interest at the legal rate;

3.     For reasonable attorneys' fees;

4.     For costs of suit incurred herein; and

5.     For such other and further relief as this Court deems appropriate.

Dated:          January 28, 2021          COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
Attorneys for Defendant
SCL NTAINER LINE SPEDITIONS GmbH


By:_____
        Neil S. Lerner

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES, CA 90049
TEL (310) 440-0020
FAX (310) 440-0015

ANSWER, COUNTERCLAIM AND CROSSCLAIM OF SCL CONTAINER LINE

18.

Case No. 2:20-cv-10357-CAS-JPRx